**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tohono O'odham Nation, et al., | No. CV-24-00034-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Interior, et al., | |
| Defendants. | |

Pending before the Court is SunZia Transmission, LLC's Motion to Intervene (Doc. 10). The Motion is unopposed. Intervention is warranted because (1) SunZia claims an interest relating to the property or transaction that is the subject of this action, and (2) SunZia is situated such that disposing of this action may, as a practical matter, impair its ability to protect its interests. *See* Fed. R. Civ. P. 24(a)(2). The Court will therefore grant SunZia's motion to intervene.

**IT IS ORDERED** that SunZia's Motion to Intervene (Doc. 10) is **granted**.

**IT IS FURTHER ORDERED** that SunZia may file a response to Plaintiffs' Motion for Temporary Restraining Order, Motion for Preliminary Injunction (Doc. 16) on or before **February 13, 2024.**

Dated this 8th day of February, 2024.

Jennifer G. Zipps
United States District Judge